Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−10349−SLM
                        Chapter:  7
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kathleen Paulauskas
    532 Roosevelt St
    Roselle Park, NJ 07202

Social Security No.:
    xxx−xx−7681

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

    The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 03/03/2018 in the amount of $ 100.00 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

    It is hereby

    ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 3/20/18 or the case will be dismissed.

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 3/20/18.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Stacey L. Meisel on

Date: March 27, 2018
Time: 10:00 am
Location: Courtroom 3A
Address:    Martin Luther King, Jr . Federal Building
                50 Walnut Street
                3rd Floor
                Newark, NJ 07102

Dated: March 6, 2018
JAN: pam

<u>Stacey L. Meisel</u>
United States Bankruptcy Judge