Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  18−10349−SLM
                              Chapter:  7
                              Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen Paulauskas
   532 Roosevelt St
   Roselle Park, NJ 07202

Social Security No.:
   xxx−xx−7681

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

   ☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 03/03/2018 in the amount of $ 100.00 has not been received by the Clerk,

   ☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 3/20/18 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 3/20/18.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Stacey L. Meisel on

Date: March 27, 2018
Time: 10:00 am
Location: Courtroom 3A
   Address:   Martin Luther King, Jr . Federal Building
                  50 Walnut Street
                  3rd Floor
                  Newark, NJ 07102

Dated: March 6, 2018
JAN: pam

<u>Stacey L. Meisel</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Kathleen Paulauskas  
      Debtor

Case No. 18-10349-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 06, 2018  
                      Form ID: oscmlfee   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.  
db         +Kathleen Paulauskas,   532 Roosevelt St,   Roselle Park, NJ 07204-1512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2018 00:36:54     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:  
          Eric R. Perkins    eperkins@mdmc-law.com,  slahr@mdmc-law.com,nj42@ecfcbis.com,   gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
          Rebecca Ann Solarz   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper   rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 3