Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10349−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen Paulauskas
   532 Roosevelt St
   Roselle Park, NJ 07202

Social Security No.:
   xxx−xx−7681

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: March 19, 2018
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kathleen Paulauskas  
       Debtor

Case No. 18-10349-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 19, 2018  
                            Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.  
db              +Kathleen Paulauskas,    532 Roosevelt St,    Roselle Park, NJ 07204-1512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 23:54:18      U.S. Attorney,   970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534  
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 23:54:15      United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,    Newark, NJ  07102-5235
                                                                                                                   TOTAL: 2

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:  
        Eric R. Perkins     eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,    gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
        Eric R. Perkins     on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,    nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
        Rebecca Ann Solarz     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper    rsolarz@kmllawgroup.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                   TOTAL: 4