FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel, U.S. Bankruptcy Judge

| CASE NUMBER: 18−10349−SLM | DATE FILED:: 1/8/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): Kathleen Paulauskas xxx−xx−7681 | ADDRESS OF DEBTOR(S): 532 Roosevelt St Roselle Park, NJ 07202 |
| DEBTOR'S ATTORNEY: Kathleen Paulauskas 532 Roosevelt St Roselle Park, NJ 07202 908−324−3356 | TRUSTEE: Eric R. Perkins McElroy, Deutsch, Mulvaney & Carpenter 40 West Ridgewood Avenue Ridgewood, NJ 07450 (201) 445−6722 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

6/20/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: March 22, 2018

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-10349-SLM
Kathleen Paulauskas                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Mar 22, 2018
                             Form ID: noa           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db         +Kathleen Paulauskas,    532 Roosevelt St,   Roselle Park, NJ 07204-1512
517266000   Avevue,    PO Box 659584,   San Antonio, TX  78265-9584
517265996   Chase Slate Card,    PO Box 1423,   Charlotte, NC  28201-1423
517266009  +Garden Stae Endoscopy,    1700 Galloping Hill Rd,   Kenilworth, NJ 07033-1303
517266006  +Goodyear Credit Plan,    PO Box 9001006,   Louisville, KY 40290-1006
517265999   Home Depot Credit Services,    PO Box 9001010,   Louisville, KY  40290-1010
517266004  +Mr Cooper,   8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517266002   North Shore Agency,   Re Publishers Clearinghouse,    PO Box 9205,
            Old Bethpage, NY  11804-9005
517266010   Overlook Medical Center,    PO Bix 35611,   Newark, NJ  07193-5611
517265995  +Sear Credit Cards,    PO Box 78051,   Phoenix, AZ 85062-8051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2018 23:20:30     U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2018 23:20:26     United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
517266007  +EDI: RMSC.COM Mar 23 2018 02:48:00    (Care Credit) Synchrony Bank,   PO Box 9600161,
            Orlando, FL 32896-0001
517265998   E-mail/Text: bnc@trustamerifirst.com Mar 22 2018 23:20:19    Amerifirst,   4405 S 96th St,
            Omaha, NE  6812-1210
517302664   E-mail/Text: bnc@trustamerifirst.com Mar 22 2018 23:20:19
            Amerifirst Home Improvement Finance,    11171 Mill Valley Road,   Omaha, NE  08154
517266003   E-mail/Text: mreed@affcollections.com Mar 22 2018 23:20:32    Accurate Collection Services,
            17 Prospect Street,   Morristown, NJ  07960-6862
517266001   EDI: WFNNB.COM Mar 23 2018 02:48:00    Blair,   PO Box 659707,   San Antonio, TX  78265-9707
517266005   EDI: IRS.COM Mar 23 2018 02:48:00    Dept of Treasury,   IRS,   Andover, MA  01810-9041
517265997   EDI: TSYS2.COM Mar 23 2018 02:48:00    Juniper Mastercard,   PO Box 13337,
            Philadelphia, PA   19101-3337
517266008   EDI: CBSKOHLS.COM Mar 23 2018 02:48:00    Kohls,   PO Box 2983,   Milwaukee, WI  53201-2983
517269164  +EDI: RMSC.COM Mar 23 2018 02:48:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
            PO Box 41021,   Norfolk, VA 23541-1021
                                                                            TOTAL: 11

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,
              gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,  slahr@mdmc-law.com,
              nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Rebecca Ann Solarz    on behalf of Creditor  Nationstar Mortgage LLC d/b/a Mr. Cooper
              rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 4