UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Kathleen M. Paulauskas

Case No.: 18-10349
Chapter: 7
Judge: SLM

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on _____June 12, 2018_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
532 Roosevelt Street
Roselle Park, NJ  07202

Fair Market Value: $204,000

Liens on property:
Subject to a first mortgage held by Mr. Cooper on which there is due approximately $309,174.

Amount of equity claimed as exempt: None

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Trustee
Address: 40 West Ridgewood Avenue, Ridgewood, New Jersey  07601
Telephone No.: (201) 493-3734

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-10349-SLM
Kathleen Paulauskas                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: May 14, 2018
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
```
db            +Kathleen Paulauskas,    532 Roosevelt St,    Roselle Park, NJ 07204-1512
517266000      Avevue,    PO Box 659584,    San Antonio, TX  78265-9584
517266001      Blair,    PO Box 659707,    San Antonio, TX  78265-9707
517466138      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517265996      Chase Slate Card,    PO Box 1423,    Charlotte, NC  28201-1423
517266009     +Garden Stae Endoscopy,    1700 Galloping Hill Rd,    Kenilworth, NJ 07033-1303
517266006     +Goodyear Credit Plan,    PO Box 9001006,    Louisville, KY 40290-1006
517265999      Home Depot Credit Services,    PO Box 9001010,    Louisville, KY  40290-1010
517265997      Juniper Mastercard,    PO Box 13337,    Philadelphia, PA  19101-3337
517266004     +Mr Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517266002      North Shore Agency,    Re Publishers Clearinghouse,    PO Box 9205,
                Old Bethpage, NY  11804-9005
517266010      Overlook Medical Center,    PO Bix 35611,    Newark, NJ  07193-5611
517265995     +Sear Credit Cards,    PO Box 78051,    Phoenix, AZ 85062-8051
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2018 23:31:31      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517266007     +E-mail/PDF: gecsedi@recoverycorp.com May 14 2018 23:29:54      (Care Credit) Synchrony Bank,
                PO Box 9600161,    Orlando, FL 32896-0001
517265998      E-mail/Text: bnc@trustamerifirst.com May 14 2018 23:31:25      Amerifirst,    4405 S 96th St,
                Omaha, NE  6812-1210
517302664      E-mail/Text: bnc@trustamerifirst.com May 14 2018 23:31:25
                Amerifirst Home Improvement Finance,    11171 Mill Valley Road,    Omaha, NE  08154
517266003      E-mail/Text: mreed@affcollections.com May 14 2018 23:31:34      Accurate Collection Services,
                17 Prospect Street,    Morristown, NJ  07960-6862
517266005      E-mail/Text: cio.bncmail@irs.gov May 14 2018 23:31:12      Dept of Treasury,    IRS,
                Andover, MA  01810-9041
517266008      E-mail/Text: bnckohlsnotices@becket-lee.com May 14 2018 23:31:00      Kohls,    PO Box 2983,
                Milwaulkee, WI  53201-2983
517269164     +E-mail/PDF: gecsedi@recoverycorp.com May 14 2018 23:30:07      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```